IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE EDWARD FRENCH, JR.                                              PLAINTIFF

v.                              4:07CV01056 JMM/HDY

MIKE ROBINSON, et al.                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Mike Robinson and Whitney James are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 8th day of November, 2007.


_____
UNITED STATES DISTRICT JUDGE