IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE EDWARD FRENCH, JR.                                                                    PLAINTIFF

v.                                              4:07CV01056 JMM/HDY

MIKE ROBINSON, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (DE #15) is hereby DENIED.

IT IS SO ORDERED this 3rd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE