**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GEORGE EDWARD FRENCH, JR.**                                             **PLAINTIFF**

**VS.**                          **CASE NO. 4:07CV01056 JMM/HDY**

**MIKE ROBINSON, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss (DE #22) is hereby DENIED.

IT IS SO ORDERED this 20th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE