IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE EDWARD FRENCH, JR.                                                                PLAINTIFF
ADC #83338

VS.                           CASE NO. 4:07CV01056 JMM/HLJ

MIKE ROBINSON, et al.
DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 8th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE