IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE EDWARD FRENCH,                                                              PLAINTIFF
ADC #83338

VS.                    CASE NO. 4:07CV01056 JMM/HLJ

MIKE ROBINSON, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint against Defendants is DISMISSED with prejudice.

SO ADJUDGED this 8th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE